## UNITED STATES of America, Plaintiff—Appellee,

v.

## Kent GRIFFIN, Defendant—Appellant.

### No. 05–6851.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2005.

Decided: Oct. 21, 2005.

Kent Griffin, Appellant Pro Se. Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kent Griffin appeals the district court's order denying his motion under the All Writs Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Griffin*, No. CR–01–26 (E.D. Va. filed May 13, 2005 & entered May 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*